ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| General Dynamics C4 Systems ) | ASBCA No. 60200 |
| ) | |
| Under Contract No. W15P7T-07-D-G004 ) | |

APPEARANCE FOR THE APPELLANT: Raymond Fioravanti, Esq.
    Associate General Counsel

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Cara A. Wulf, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Boston, MA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement agreement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 21 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60200, Appeal of General Dynamics C4 Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals